## BROWNELL v. INDIAN REFINING CO.

(Decided November 23, 1915.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

CLARKSON & MORISETTE, for appellant. OLIVER, VERNER & RICE, for appellee.

PER CURIAM.—Appeal dismissed.

---

## BYRD v. THE STATE.

(Decided February 1, 1916.)

APPEAL from Pike Law Court.

Heard before Hon. T. L. BORUM.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

BROWN, J.—No bill of exceptions and no error of record. Affirmed.

---

## CAIN v. THE STATE.

(Decided February 1, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. H. P. HEFLIN.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

THOMAS, J.—No error of record, no bill of exceptions. Affirmed.

---

## CITY OF HUNTSVILLE v. GOODENRATH.

(Decided February 1, 1916.)

APPEAL from Madison Circuit Court.

Heard before Hon. D. W. SPEAKE.

DAVID A. GRAYSON, for appellant. S. S. PLEASANTS, for appellee.

PER CURIAM.—Error confessed and reversed and remanded by agreement.